UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ST. CHARLES COUNTY, | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:13 CV 2079 RWS |
| RINGLING BROS.-BARNUM & BAILEY COMBINED SHOWS, INC., et al., | ) ) ) ) ) |
|     Defendants. | ) |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that plaintiff's motion to dismiss [#25] is granted, and defendant Ringling Bros.-Barnum & Bailey Combined Shows, Inc. and Counts IV and V of the complaint are dismissed without prejudice.

**IT IS FURTHER ORDERED** that defendant's motion to dismiss [#21] is denied as moot.

**IT IS FURTHER ORDERED** that counsel for defendant Ringling Bros.-Barnum & Bailey Combined Shows, Inc. need not appear for today's scheduling conference.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 13th day of November, 2013.